# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EMP-CENTAURI LTD.,**

         **Plaintiff,**

**-vs-**    Case No. 6:05-cv-601-Orl-19KRS

**PTG INDUSTRIES, LLC,**

         **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO DISMISS (Doc. No. 8-2)
>
> **FILED:** May 20, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Defendant PTG Industries, LLC ("PTG"), through its president appearing *pro se*, included a motion to dismiss in its answer. The motion to dismiss was not accompanied by a memorandum of law, as required by M.D. Fla. L.R. 3.01(a). Therefore, the motion is denied without prejudice to renewing it by separate motion.

PTG is hereby advised that a limited liability company, like a corporation, can only appear and be heard in this Court through an attorney who is a member of the bar of this Court. *See* M.D. Fla. L.R. 2.03(d); *Energy Lighting Mgmt., LLC v. Kinder*, 363 F. Supp. 2d 1331 (M.D. Fla. 2005). Therefore, PTG may not file additional papers on its own behalf.

The Clerk of Court is directed to serve a copy of this Order on PTG Industries, LLC, in care of Dimitri G. Nikitin, President and CEO, 41 Skyline Drive, Suite 1005, Lake Mary, FL 32746.

**DONE** and **ORDERED** in Orlando, Florida on May 31, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties