UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EMP-CENTAURI LTD.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-601-Orl-19KRS**

**PTG INDUSTRIES, LLC,**

        **Defendant.**

_____

## ORDER

Defendant PTG Industries, LLC's Answer to the Complaint, Affirmative Defenses, and Motion to Dismiss (Doc. No. 7) is signed by Dimitri G. Nikitin, President and CEO of PTG Industries, LLC.  PTG Industries, LLC, a limited liability company, is treated like a corporation for the purposes of determining whether it is able to represent itself before the Court.  *See, e.g., Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("[i]t has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel...the rationale for that rule applies equally to *all* artificial entities") (emphasis added).  Under Local Rule 2.03(d), a corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02.  Because Defendant has not followed Local Rule 2.03(d) by having the Answer signed by Nikitin who is not a licensed attorney in the Middle District of Florida, the Court directs the Clerk of Court to strike Defendant's Answer from the record. (Doc. No. 7).  Defendant has twenty (20) days from the date of this Order to file an answer or

response to the Complaint which is signed by a duly licensed attorney who is admitted to the Bar of this Court. Failure to comply with this Order may result in sanctions, including but not limited to entry of a default against Defendant and thereafter entry of a judgment on such default.

**DONE** and **ORDERED** in Chambers in Orlando, Florida this ___6th____ day of June, 2005.

*/s/ Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record