**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EMP-CENTAURI LTD.,**

        **Plaintiff,**

**-vs-**                                        **Case No.  6:05-cv-601-Orl-19KRS**

**PTG INDUSTRIES, LLC.,**

        **Defendant.**

## ORDER

This cause came on for consideration *sua sponte*. Plaintiff/Counter-Defendant EMP-Centauri Ltd. filed a Unilateral Case Management Report on November 23, 2005. (Doc. No. 27). Local Rule 3.05(c)(2) requires that counsel meet and prepare a Case Management Report. The rule does not allow for unilateral reports. Therefore, docket number 27 is hereby **ORDERED** stricken. The Clerk of Court is directed to delete it from the file.

It is further **ORDERED** that counsel for Defendant shall contact counsel for the Plaintiff and schedule a meeting, which meeting must take place on or before December 14, 2005, to prepare the Case Management Report. The parties are further **ORDERED** to file the joint Case Management Report on or before December 16, 2005.

Counsel for both parties are advised that failure to comply with this order may result in sanctions under Federal Rule of Civil Procedure 16(f).

**DONE** and **ORDERED** in Orlando, Florida on December 9, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party